IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DARA MAULDIN                                                                                              PLAINTIFF

V.                                            CASE NO. 12-CV-4013

STATE FARM FIRE AND
CASUALTY COMPANY                                                                                    DEFENDANT

## ORDER

Before the Court is a Joint Motion to Remand. (ECF No. 12). Plaintiff and Defendant request that the Court remand this case to the Circuit Court of Miller County, Arkansas. During the course of discovery, the parties realized that the amount in controversy in this case is below $75,000, which is insufficient to meet the requirement for diversity jurisdiction in federal court. Upon consideration, the Court finds that the Joint Motion to Remand (ECF No. 12) should be and hereby is **GRANTED**. The above-styled and captioned matter shall be remanded to the Circuit Court of Miller County, Arkansas.

Because this case is remanded to state court, the pending Unopposed Motion for Leave to File Amended Pleadings (ECF No. 10) is **DENIED AS MOOT**.

IT IS SO ORDERED, this 4th day of March, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge